

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00402-CV

Jose Mario **BALLESTEROS**,
Appellant

v.

Sonia Rocio **BARRIENTOS**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021FLA001101D1
Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

The trial court clerk has filed a notification of late record stating that the appellant failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to preparation of the clerk's record without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court on or before **November 17, 2022** that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court